Jose GUBIENSIO–ORTIZ,
Petitioner–Appellant,

v.

Al KANAHELE, Warden, Metropolitan
Correctional Center San Diego,
California, Respondent–Appellee.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Raul CHAVEZ–SANCHEZ,
Defendant–Appellee.

Nos. 88–5848, 88–5109.

United States Court of Appeals,
Ninth Circuit.

Submitted March 2, 1989.

Decided March 31, 1989.

Before WIGGINS, BRUNETTI, KOZIN-SKI, Circuit Judges.

PER CURIAM:

On August 23, 1988, we held the Sentencing Guidelines, challenged in these cases, to be unconstitutional (Wiggins, dissenting). On January 23, 1989, the Supreme Court simultaneously granted a petition for writ of certiorari and vacated the judgment, remanding to this court for further consideration in light of *Mistretta v. United States,* 488 U.S. ——, 109 S.Ct. 647, 102 L.Ed.2d 714 (1988). *United States v. Chavez–Sanchez,* —— U.S. ——, 109 S.Ct. 859, 102 L.Ed.2d 984 (1989) *vacating Gubiensio–Ortiz v. Kanahele,* 857 F.2d 1245 (1988). In *Mistretta,* the Supreme Court upheld the Sentencing Guidelines against the same Constitutional challenges that we considered in the instant case.

Upon reconsideration in light of *Mistretta,* we affirm *Gubiensio–Ortiz v. United States,* No. 88–5848. In *United States v. Chavez–Sanchez,* 88–5109, we reverse and

* The panel finds this case appropriate for submission without oral argument pursuant to Ninth

remand for resentencing under the guidelines.